*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:   August 7, 2014                    517894
_____

In the Matter of KATHRYN K.
    VASSILOPOULOS,
                    Appellant.
                                        MEMORANDUM AND ORDER
COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   June 9, 2014

Before:   Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.

_____

        Kathryn K. Vassilopoulos, Endicott, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City (Dawn
A. Foshee of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed June 18, 2013, which denied claimant's application
to reopen a prior decision.

        Decision affirmed.   No opinion.

        Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ.,
concur.

ORDERED that the decision is affirmed, without costs.


ENTER:

Robert D. Mayberger
Clerk of the Court